**Exhibit A**

**SUMMARY OF TRANSFERS MADE TO DEFENDANT
DURING THE PREFERENCE PERIOD**

| Transaction Date | Recipient | Amount |
|---|---|---|
| February 23, 2023 | Pro Industry US, Inc. | $23,740.00 |
| March 21, 2023 | Pro Industry US, Inc. | $262,645.50 |
| May 3, 2023 | Pro Industry US, Inc. | $51,894.50 |
| | **TOTAL** | **$338,280.00** |